UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**CROW CANYON COUNTRY CLUB ESTATES COMMUNITY ASSOCIATION INC. ET AL.,**<br><br>Defendants. | Case No.  4:22-cv-03597-YGR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 21 |

In this action, plaintiff Philadelphia Indemnity Insurance Company brings claims against defendants Crow Canyon Country Club Estates Community Association (Crow Canyon) and Clubcorp Crow Canyon Management Corporation (Clubcorp).  Crow Canyon has appeared in this action and filed a motion to dismiss.  Clubcorp has not yet appeared.  On October 6, 2022, plaintiff filed a proof of service on Clubcorp.  (Dkt. No. 30.)  Clubcorp should have responded to the complaint by October 27, 2022.  Fed. R. Civ. Pro. R. 12(a)(1)(A).  Plaintiff has since taken no action regarding its claims against Clubcorp.

By no later than **Friday, December 9, 2022**, plaintiff shall file an application for default or shall provide the Court with an update as to its intentions with respect to this defendant.

**IT IS SO ORDERED.**

Dated: December 1, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**