# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,**<br><br>          Plaintiff,<br><br>     v.<br><br>**CROW CANYON COUNTRY CLUB ESTATES COMMUNITY ASSOCIATION INC. ET AL.,**<br><br>          Defendants. | Case No. 4:22-cv-03597-YGR<br><br>**ORDER VACATING DATES; SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 16 |

In light of the parties' notice of settlement the Court **VACATES** all pending deadlines. The Court **SETS** a compliance deadline for Friday, May 5, 2023, on the Court's 9:01 a.m. calendar. Five (5) business days prior to the date of the compliance deadline parties shall file a stipulation to dismissal or stipulation as to the status of the settlement process. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be taken off calendar. Failure to timely file the requisite information may result in sanctions, or an additional conference being set by the Court.

**IT IS SO ORDERED.**

Dated: March 20, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**